| | |
|---|---|
| From: | Tasha W. Hebert |
| To: | Stephanie Cooper |
| Subject: | Fwd: Fae Remedios v. Dollar Tree |
| Date: | Friday, July 23, 2021 10:38:46 AM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.png |

Tasha W. Hebert

Begin forwarded message:

> From: "Tasha W. Hebert" <thebert@leakeandersson.com>
> Date: July 22, 2021 at 6:52:44 PM CDT
> To: "Tasha W. Hebert" <thebert@leakeandersson.com>
> Subject: Fwd: Fae Remedios v. Dollar Tree
>
> Tasha W. Hebert
>
> Begin forwarded message:
>
>> From: Bradley Phillips <bradley@bphillipslaw.com>
>> Date: July 22, 2021 at 5:20:28 PM CDT
>> To: "Tasha W. Hebert" <thebert@leakeandersson.com>
>> Subject: Re: Fae Remedios v. Dollar Tree
>>
>> Hi Tasha,
>>
>> Sorry for the delay. Because Mrs. Remedios hasn't really gotten to a stable point in her recovery, we haven't requested the records yet. The thinking being that we prefer to get as complete as possible, we wanted to get to a stable point. But when she fell, she was admitted to the hospital within several hours and diagnosed with a brain bleed. They did emergency surgery the same day to relieve the swelling and removed a piece of her skull. A cranial implant was placed in February, but was subsequently removed after there were complications infection. However there were several attempts to address this prior to removal.
>>
>> My understanding as of my last meeting with the family that the hope was sometime in July, they would try and go back in using the

**EXHIBIT "A"**

removed portion of her skull which was cryogenically frozen. That's about the extent of the information I can provide at this point. My understanding is that the fall was not documented by the employees, nor was the video from in store cameras retained. I will make sure to give you notice of any actions we will be taking moving forward.

Best,

Bradley Phillips.

On Tue, Jul 13, 2021 at 4:53 PM Tasha W. Hebert <thebert@leakeandersson.com> wrote:

> Hi Bradley and Sarah,
>
> I am representing Dollar Tree with respect to the above referenced matter. It is my understanding that Ms. Remedios has undergone some surgeries. Would you provide me with the medical records so I can get a grasp on your client's alleged injuries?
>
> Also, I am happy to discuss this matter via phone.
>
> Thank you.
>
> *Tasha W. Hebert*

Website: www.leakeandersson.com

---

Confidentiality Notice: This email and any attachment(s) ("email") are subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, are confidential and are intended for receipt or review only by the individuals and/or entities to whom this

email is addressed. This email may also include information or documents whose disclosure and use may be protected by or subject to protections or privileges, such as the attorney-client privilege, the work product immunity or other applicable laws or regulations. Delivery to someone other than the named or intended recipient(s) shall not be deemed to constitute a waiver or abandonment of any such privilege or protection by the Sender. The review, distribution, storage, transmittal, disclosure or other use of any email by any unintended or unauthorized recipient is expressly prohibited. If you are not the named addressee (or an agent thereof) or this email has been addressed to you in error, please immediately notify the Sender by reply email and permanently delete the email and any attachment.

--

*Bradley S. Phillips*

Bradley Phillips, Esq.
Phillips Law, LLC
700 Camp Street
New Orleans LA, 70130
Office: (504) 434-7000
Fax: (504) 648-1405
www.campstreetlaw.com



This e-mail (and any documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.